# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: APPLICATION OF PINNACLE TEXTILE INDUSTRIES LLC AND PTI MANUFACTURING SRL FOR AN ORDER UNDER 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FROM COATS AMERICAN INC. AND TIM LADD. | Misc. Action No. 3:20-mc-00009 |

## ORDER

Upon consideration of the Application of Pinnacle Textile Industries LLC and PTI Manufacturing SRL for an order under 28 U.S.C. § 1782 to obtain discovery, the Court hereby ORDERS:

1. Applicants shall serve a copy of the Application and supporting papers on Respondents Coats American Inc. and Tim Ladd, together with a copy of this Order. Applicants shall file proof of such service on the Court's ECF docketing system.

2. Any opposition to the Application shall be filed no later than fourteen days from the date of service of the Application.

3. Applicants' reply, if any, shall be filed no later than seven days from the date of service of Respondents' opposition.

**SO ORDERED.**

Signed: February 6, 2020

David S. Cayer
United States Magistrate Judge