# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-MC-00009-FDW-DSC

| | |
|---|---|
| IN RE: APPLICATION OF PINNACLE TEXTILE INDUSTRIES LLC AND PTI MANUFACTURING SRL FOR AN ORDER UNDER 28 U.S.C. § 1782 TO TAKE DISCOVERY OF COATS AMERICAN INC. AND TIM LADD. | ) ) ) ) ) ) |

## ORDER

**THIS MATTER** is before the Court on "Applicants' Motion to Compel Production of Documents and Overrule Objections" (document # 11) filed August 17, 2020, as well as the parties briefs and exhibits.

On January 24, 2020, Applicants commenced this action by filing an Application for an Order under 28 U.S.C. § 1782 seeking discovery from Respondents for use in anticipated legal proceedings in the Dominican Republic.

On May 11, 2020, the Court entered the parties' "Stipulation and Consent Order" (document #10) granting the Application.

On May 13, 2020, Applicants served Rule 45 Subpoenas containing requests for production of documents from Respondents.

On May 27, 2020, Respondents served written responses and objections.

Applicants now seek to compel Respondents to make complete responses to their document requests. For the reasons stated in Applicants' briefs, the Motion to Compel will be <u>granted</u> provided that production will occur following entry of a protective order.

**NOW THEREFORE IT IS HEREBY ORDERED that:**

1. "Applicants' Motion to Compel Production of Documents and Overrule Objections" (document # 11) is **GRANTED**. Thirty days following entry of a protective order, Respondents shall serve complete supplemental responses to Applicants' Subpoenas without objection or redaction.

2. Within fifteen days from entry of this Order, the parties shall submit a proposed protective order. If they are unable to agree to a consent order, they shall each submit their proposed protective orders.

3. The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: September 8, 2020

David S. Cayer
United States Magistrate Judge